**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :           ORDER
                                        :
                                        :
                                        :
                                        :           _____
                                        :           Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE:**
         Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                         Attorney's Name

                              **SO ORDERED.**

                              _____
                              **UNITED STATES DISTRICT JUDGE**


         March 3, 2023
**Dated:   New York, New York**