UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SMITH,<br><br>                Defendant. | No. 22-CR-685<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of two undated letters from Defendant Christopher Smith, both of which have been forwarded to his attorney. No later than December 5, 2023, counsel shall meet with Mr. Smith and advise the Court whether he is or is not seeking to withdraw his plea.

SO ORDERED.

Dated:   November 14, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge