UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SMITH,<br><br>Defendant. | No. 22-CR-685<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Defendant Christopher Smith dated November 26, 2023, which has been forwarded to his attorney. No later than December 11, 2023, defense counsel shall, after consultation with his client, advise the Court as to whether Mr. Smith is or is not seeking to withdraw his plea. If such submission will contain privileged information, he may apply to file his letter to the Court under seal. Otherwise, he shall submit the letter on the docket. In the same letter, counsel shall inform the Court whether Mr. Smith objects to the docketing of the three letters from Mr. Smith.

SO ORDERED.

Dated:   December 4, 2023
         New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge