# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

December 18, 2023

<u>*Via ECF and E-Mail*</u>

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 18, 2023

      Re:    *United States v. Christopher Smith*
                22 Cr. 685 (RA)

Dear Judge Abrams:

      As Your Honor is aware, I was appointed counsel to Mr. Christopher Smith in the above-referenced matter. This correspondence is to respectfully request that the Court order the Metropolitan Detention Center Brooklyn ("MDC") to provide immediate medical attention and mental health treatment for Mr. Smith.

      Mr. Smith has been detained at the Special Housing Unit of the MDC for approximately four months, during which time he incurred injuries to his back (pain in his spine and lower back), foot (pain and swelling in his ankle) and eyes (blurry and impaired vision). Additionally, Mr. Smith advised that he has not received mental health counseling and his medications have not been consistently provided. Mr. Smith has repeatedly requested medical attention, mental health treatment and replenishment of his medications, but he reports that he has not received appropriate care. At Mr. Smith's request I contacted the MDC legal department via email on October 17 and November 14 to request medical attention, mental health counseling and medications, and I was advised that the appropriate departments were notified. Despite these requests, Mr. Smith reports that he has not received any of the requested attention.

      Thus, after months of requests from Mr. Smith and several requests by me, Mr. Smith has not received any meaningful medical attention, mental health treatment or

mental health medications.  Accordingly, we respectfully request that the Court order MDC to provide full medical treatment, mental health treatment and mental health medications.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Richard J. Ma

      Richard J. Ma, Esq.

cc:  A.U.S.A. Amanda Weingarten (via email)