UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SMITH,<br><br>          Defendant. | No. 22-CR-685<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Court has received a number of documents dated as of March and April 2024, which were mailed directly to the Court by Defendant Christopher Smith. These documents include letters from Mr. Smith complaining of the lack of medical care and challenging conditions he has experienced while incarcerated, along with related attachments; letters requesting a *Fatico* hearing; and a letter raising a tort claim that is addressed to the Bureau of Prisons. The Court has forwarded these documents to counsel for Mr. Smith, Richard Ma. No later than April 23, 2024, Mr. Ma shall file a letter confirming that he still represents Mr. Smith, and advising the Court whether he plans to request a *Fatico* hearing and/or whether he is seeking assistance with respect to Mr. Smith's medical care or other issues. Mr. Smith's sentencing hearing remains scheduled for May 10, 2024 at 11:00 a.m.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Smith.

SO ORDERED.

Dated:    April 10, 2024
           New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge