UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SMITH,<br><br>　　　　　　*Defendant.* | No. 22-CR-685<br><br>ORDER |

RONNIE ABRAMS, District Judge:

Upon the application of Christopher Smith, D.O.B. 10/5/1995, by his attorney, Richard Ma, Esq., it is hereby ORDERED that the Bureau of Prisons promptly provide Mr. Smith with:

1. immediate medical attention, including for symptoms of distorted and blurry vision, eye pain, and migraine headaches; and

2. mental health treatment, including for stress and anxiety.

By end of day on Monday, April 29, 2024, the government shall file an update as to the status of Mr. Smith's medical care and mental health treatment.

Dated: New York, New York
　　　　April 26, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE RONNIE ABRAMS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE